UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Conrad Steinbrueck,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Coinbase, Inc., a Delaware corporation,<br><br>　　Defendant. | Case No. 3:18-cv-00865-DMS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>Date Filed:　May 4. 2018<br>Trial Date: |

This matter is before the Court on the parties' Joint Motion to Dismiss Action With Prejudice. The Court, having read the papers herein and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS**:

This action is dismissed with prejudice. Both parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated:  January 14, 2021

Hon. Dana M. Sabraw
United States District Judge